UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,                      **SCHEDULING ORDER**

      -against-                        20 Cr. 323

CHAYANNE CASTILLO,

                Defendant.
------------------------------------------------------X

TO ALL PARTIES:

      The Court has scheduled an Arraignment for July 8, 2020 at 12:00 p.m. before Magistrate

Judge Judith C. McCarthy. To access the conference, counsel should call 877-873-8017 and use

access code 4264138.

      Members of the press and public may call the same number, but will not be permitted to

speak during the conference. Persons granted remote access to proceedings are reminded of the

general prohibition against photographing, recording, and rebroadcasting of court proceedings. *See*

Local Civil Rule 1.8. Violation of these prohibitions may result in sanctions, including removal of

court issued media credentials, restricted entry to future hearings, denial of entry to future hearings,

or any other sanctions deemed necessary by the Court.

      Counsel should be sure to consult the Court's Emergency Individual Rules and Practices,

available on the Court's website, and comply with the rules regarding conferences.

Dated:  July 2, 2020
       White Plains, New York

                                     **SO ORDERED:**

                                     _Judith C. McCarthy_
                                     JUDITH C. McCARTHY
                                     United States Magistrate Judge