UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                             **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

              -against-

                                                                                     20 -CR- 323

CHAYANNE CASTILLO,

                                                      Defendant(s).
-------------------------------------------------------------------X

Defendant   Chayanne Castillo                                   hereby voluntarily consents to participate in the following proceeding via  X  videoconferencing or  X  teleconferencing:

_____   Initial Appearance Before a Judicial Officer

  X     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_____   Bail/Detention Hearing

_____   Conference Before a Judicial Officer

 /s Chayanne Castillo                                   _____
Defendant's Signature                                   Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

 Chayanne Castillo                                       Jason Ser
Print Defendant's Name                                  Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

 7/8/2020                                                _____
Date                                                    U.S. District Judge/U.S. Magistrate Judge